# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:24-cr-20073-1 TLP |
| PATRIC J. FERGUSON | ) |
| Defendant | ) FILED UNDER SEAL |

2024 MAY 7 PM 4:14

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* PATRIC J. FERGUSON,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 242 - Deprivation of rights under color of law
18 U.S.C. § 924 - Possession of a firearm in furtherance of a crime of violence
18 U.S.C. § 1201 - Kidnapping
18 U.S.C. § 1512 - Tampering with a witness, victim, or informant

ORIGINAL

Date: 05/07/2024

s/Chris Sowell
*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 5/7/24, and the person was arrested on *(date)* 5/8/24
at *(city and state)* Memphis TN.

Date: 5/8/24

*Arresting officer's signature*

Richard Otto DUSM
*Printed name and title*