AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

PATRIC J. FERGUSON

**EXHIBIT AND WITNESS LIST**

Case Number: 2:24cr20073-1-TLP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thomas L. Parker | C. Anne Tipton and Michael E. Scholl | David Pritchard and Maura D. White |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/29/2024 | Catherine Phillips | Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5/30/2024 | x | x | Audio of Detention Hearing before Magistrate Judge Claxton |
|  | 2 | 5/30/2024 | x | x | Letter from Tennessee Recovery & Monitoring |
|  | 3 | 5/30/2024 | x | x | Letters of Support (Collective ) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages