# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:24-cr-20073-2-TLP |
| ) | |
| JOSHUA M. ROGERS, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on May 8, 2025, the Assistant United States Attorney for this district, David Pritchard and Marla Duncan appearing for the Government, and the Defendant, Joshua M. Rogers, appearing in person and with counsel, Tyrone Paylor.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to count 6 of the indictment. Counts 5, 7 and 8 of the indictment to be dismissed at sentencing upon motion of the government.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set WEDNESDAY, AUGUST 6, 2025 at 9:30 A.M. in Courtroom No. 2, 11th floor of the Federal Building in Memphis before US District Judge Thomas L. Parker.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

Defendant is allowed to remain on bond pending sentencing.

SO ORDERED, this the 8th day of May 2025.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE