# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:24-cr-20073-TLP-1 |
| | ) |
| PATRIC J. FERGUSON, | ) |
| | ) |
| Defendant. | ) |

## POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, Karen Hartridge, Assistant United States Attorney, and Tenette Smith and Sarah Armstrong, Trial Attorneys for the Department of Justice, Civil Rights Division, notify the Court of the position of the United States in accordance with § 6A1.2 of the United States Sentencing Guidelines.

1. The attorneys for the United States received and reviewed the Pre-sentence Investigation Report (PSR) prepared in this matter on October 1, 2025.

2. The attorneys for the United States received and reviewed the PSR and Addendum to the Presentence Report prepared in this matter on November 5, 2025.

3. The United States has no objection to the facts or guideline calculations contained in the PSR and Addendum prepared on November 5, 2025.  The PSR accurately calculates the total offense level as 43 and the criminal history category as I, resulting in a

guideline range of life imprisonment. A sentence of 456 months adequately addresses the sentencing factors of 18 U.S.C. § 3553.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

KAREN E. HARTRIDGE
Assistant United States Attorneys
167 N. Main, Suite 800
Memphis, TN 38103

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:  /s/ Tenette Smith
TENETTE SMITH
SARAH ARMSTRONG
Trial Attorneys
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 532-3788

CERTIFICATE OF SERVICE

    I, Tenette Smith, hereby certify that a copy of the foregoing Position of the United States with Respect to Sentencing has been filed via the District Court's electronic case filing system.

    This 10th day of November 2025.

    /s/ Tenette Smith
    Tenette Smith
    Trial Attorney