# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | Case No. 24-cr-20073-TLP |
| | * | |
| **JOSHUA ROGERS,** | * | |
| | * | |
| **Defendant.** | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCE HEARING

COMES NOW the Defendant, Joshua Rogers, by and through his counsel, Tyrone J. Paylor and respectfully moves this Honorable Court to continue the sentence hearing currently set for Monday, November 24, 2025, at 10:00 a.m. and states:

Undersigned counsel requests additional time to prepare the matter for the sentence hearing. After consultation with the Government, the Government represents that there are no objections to the request. Additionally, the parties request an extension of the deadline to file the position papers to a date not less than two weeks prior to the newly selected sentencing date.

Counsel requests that the Court set this matter to a date after the first week of December 2025 or a date thereafter more convenient for the Court.

**WHEREFORE, PREMISES CONSIDERED**, the Defendant moves this Court to continue the sentence hearing in the above-styled case.

Respectfully submitted,

s/ TYRONE J. PAYLOR
Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to the Government Attorneys on this 13th day of November 2025.

                                      s/ TYRONE J. PAYLOR
                                      Federal Defender